In the Matter of Acquiring Title by THE CITY OF NEW YORK to Certain Lands and Premises between 91st Street and 92d Street and between 92d Street and 93d Street, between Old Bowery Bay Road and 21st Avenue (Formerly Jackson Boulevard) in the Second Ward, Borough of Queens, Together with an Additional Parcel of Property Lying Northerly of 21st Avenue and Adjoining the Westerly Side of 91st Street, in the Borough of Queens, City and State of New York, for the Improvement of the Waterfront and Harbor of the City of New York, Approved According to Law. MICHAEL J. TANSEY, Appellant; WILLIAM C. CHANLER, Corporation Counsel of the City of New York, Respondent.— Final decree in condemnation proceeding, in so far as it makes an award of $1,500 for Damage Parcel No. 44, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

MARGARET KILCOMMONS, Respondent, Appellant, v. ELMHURST TAXI CORP., Respondent, and THE BROOKLYN UNION GAS COMPANY, Appellant.— Action to recover damages for personal injuries sustained by the plaintiff while riding as a passenger in a taxicab of defendant Elmhurst Taxi Corp., which collided with a truck owned by the defendant-appellant Brooklyn Union Gas Company. The Brooklyn Union Gas Company appeals from a judgment, entered upon a verdict of a jury, finding it negligent and exonerating the Elmhurst Taxi Corp. The plaintiff appeals from that part of the judgment which dismisses the complaint against defendant Elmhurst Taxi Corp. Judgment unanimously affirmed, with costs to the plaintiff against the Brooklyn Union Gas Company, and with costs to defendant Elmhurst Taxi Corp. against the plaintiff. No opinion. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.